Gail C. Lin (SBN 212334)
RAISNER ROUPINIAN LLP
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: (212) 221-1747
Email: gcl@raisnerroupinian.com

Jack A. Raisner (*admitted pro hac vice*)
René S. Roupinian (*admitted pro hac vice*)
RAISNER ROUPINIAN LLP
500 Fifth Avenue, Suite 1600
New York, New York 10010
Telephone: (212) 221-1747
Email: jar@raisnerroupinian.com
Email: rsr@raisnerroupinian.com

*Attorneys for Plaintiffs Joshua James Eaton Phillips and Christina Brooks, on behalf of themselves and all others similarly situated*

Stephen D. Finestone
FINESTONE HAYES LLP
456 Montgomery St., 20th Fl.
San Francisco, CA 94104
Tel. (415) 421-2624
Fax (415) 398-2820
www.fhlawllp.com

*Attorneys for Defendant Munchery, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Joshua James Eaton Phillips and Christina Brooks, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Munchery, Inc.,<br><br>Defendant. | CASE NO. 3:19-cv-00469-JSC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CMC AND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

Plaintiffs Joshua James Eaton Philips and Christina Brooks, on behalf of themselves and the putative class, and Defendant Munchery, Inc., by their respective counsel, stipulate to seek an Order modifying the Court's Order dated February 12, 2020 (ECF No. 50), thereby continuing the Case Management Conference on April 2, 2020 and related deadlines to file a motion for preliminary approval of settlement. In support thereof, the parties state:

Stipulation and ~~Proposed~~ Order to Continue
CMC and Deadline to file Motion for
Prelininary Approval of Settlement

3:19-cv-00469-JSC

1.      On or about January 25, 2019, Plaintiff Joshua Phillips filed a class action complaint in the United States District Court for the Northern District of California, San Francisco, styled *Joshua James Eaton Phillips, on behalf of himself and all others similarly situated v. Munchery, Inc.* (Case No. 3:19-cv:00469 (JSC), ECF No. 1) (the "District Court Action"). On February 11, 2019, Mr. Phillips filed a First Amended Class Action Complaint to add Christina Brooks as a named plaintiff. (Case No. 3:19-cv:00469 (JSC), ECF No. 6) (the "Complaint").

2.      On or about February 28, 2019, Defendant filed for Chapter 11 bankruptcy in the U.S. District Court for the Northern District of California. (Bankr. Case No. 19-030232-HLB). The bankruptcy filing effectively stayed Plaintiffs' District Court Action. Therefore, on March 6, 2019, Plaintiffs filed a Class Action Adversary Proceeding Complaint in the Bankruptcy Court, alleging the same violations of law as in the District Court Action. (Adv. Case No. 19-03007-HLB ECF No. 1) (the "Adversary Proceeding"). On May 30, 2019, the Honorable Judge Blumenstiel of the United States Bankruptcy Court entered an Order dismissing the Adversary Proceeding and lifting the automatic stay (Adv. Case No. 19-3007-HLB, ECF No. 27). On June 5, 2019, this Court lifted the stay so that the parties may litigate the claims here. (Case No. 3:19-cv:00469 (JSC), ECF No. 11).

3.      On August 29, 2019, Plaintiffs filed a Motion for Class Certification and Related Relief (ECF No. 36). On September 12, 2019 Defendant filed an Opposition to the Motion for Class Certification (ECF No. 39), and on September 19, 2019, Plaintiffs filed their reply (ECF No. 41).

4.      On October 29, 2019, the parties jointly requested that the Court continue the hearing on Plaintiffs' Motion for Class Certification (ECF No. 42) so that the parties may continue their settlement negotiations. On November 15, 2019, the Court vacated the hearing on the motion, in light of the parties' progress towards reaching a settlement (ECF No. 44).

5. On October 30, 2019, the parties participated in a mediation with Bankruptcy Judge Roger L. Efremsky and other constituencies in Munchery's Chapter 11 case. Within a few days of the mediation, the parties reached a consensus.

6. The parties have executed a termsheet for a global settlement resolving inter alia the claims covered in the Complaint and the treatment of those claims in Munchery's bankruptcy case. On February 10, 2020, the parties informed the Court that they had reached a consensus and would begin drafting the necessary papers to seek approval of the settlement (ECF No. 49). A hearing for approval of the termsheet and the settlement embodied by it is scheduled before the Bankruptcy Court for April 9, 2020.

7. On February 12, 2020, this Court entered an Order setting a Case Management Conference on April 2, 2020 at 1:30 p.m., and a deadline of March 26, 2020 for the parties to submit a joint case management conference statement (ECF No. 50). The Order stated that the case management conference would be vacated upon the filing of a motion for preliminary approval of settlement.

8. The parties have been communicating regarding the preparation of a motion for preliminary approval of settlement. However, in light of recent events regarding the COVID-19 outbreak and corresponding shelter-at-home orders in the states of California and New York (where counsel for the parties are located), the parties need approximately 30 additional days to finalize and file the papers. Therefore, the parties stipulate to propose that the Court set the following new dates:

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
| --- | --- | --- |
| DEADLINE TO FILE JOINT CMC STATEMENT | 3/26/2020 | 4/27/2020 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) | 4/2/2020 at 1:30 p.m. | 5/2/2020 or another date that is convenient for the Court. The case management conference will be vacated |

|  |  | upon the filing of a motion for preliminary approval of settlement. |
|---|---|---|

IT IS SO STIPULATED.

Dated: March 27, 2020                                RAISNER ROUPINIAN LLP

By: /s/ *Gail C. Lin*
  Gail C. Lin
  Jack A. Raisner
  René S. Roupinian

*Attorneys for Plaintiffs*

Dated: March 27, 2020                                FINESTONE HAYES LLP

By: /s/   *Stephen Finestone*
  Stephen D. Finestone

*Attorneys for Defendant*

**FILER'S ATTESTATION**

I, Gail C. Lin, am the ECF user whose ID and password are being used to file this Joint Status Update. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatory.

Dated: March 27, 2020                                By:  /s/ Gail C. Lin
        Gail C. Lin

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 31, 2020                                By: *[signature]*
        Hon. Jacqueline Scott Corley
        Magistrate Judge, United States District Court
        Northern District California

-4-