| | |
|---|---|
| Gail C. Lin (SBN 212334)<br>RAISNER ROUPINIAN LLP<br>2945 Townsgate Road, Suite 200<br>Westlake Village, CA 91361<br>Tel: (212) 221-1747<br>Email: gcl@raisnerroupinian.com<br><br>Jack A. Raisner<br>René S. Roupinian<br>RAISNER ROUPINIAN LLP<br>500 Fifth Avenue, Suite 1600<br>New York, New York 10110<br>Tel: (212) 221-1747<br>Email: jar@raisnerroupinian.com<br>Email: rsr@raisnerroupinian.com<br><br>*Attorneys for Plaintiffs Joshua James Eaton Phillips and Christina Brooks, on behalf of themselves and all others similarly situated* | Stephen D. Finestone (SBN 125675)<br>FINESTONE HAYES LLP<br>456 Montgomery St., 20th Fl.<br>San Francisco, CA 94104<br>Tel. (415) 421-2624<br>Fax: (415) 398-2820<br>Email: sfinestone@fhlawllp.com<br><br>*Attorneys for Defendant Munchery, Inc.* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Joshua James Eaton Phillips and Christina Brooks, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Munchery, Inc.,<br><br>    Defendant. | CASE NO. 3:19-cv-00469-JSC |

**NOTICE OF MOTION AND JOINT MOTION FOR AN ORDER (I) GRANTING PRELIMINARY APPROVAL OF SETTLEMENT, (II) CERTIFYING THE CLASS FOR PURPOSES OF SETTLEMENT ONLY, (III) APPOINTING CLASS REPRESENTATIVES, (IV) APPOINTING CLASS COUNSEL, (V) DIRECTING <u>NOTICE TO THE CLASS, AND (VI) SCHEDULING A FAIRNESS HEARING</u>**

TO THE ALL PARTIES AND COUNSEL OF RECORD: PLEASE TAKE NOTICE that, on July 16, 2020 at 9 a.m., or at such other date as may be agreed upon, in Courtroom E of the United States District Court for the Northern District of California,

located at 450 Golden Gate Avenue, San Francisco, California, the undersigned counsel, on behalf of Plaintiffs and a proposed settlement class, together with the Defendant Munchery, Inc. ("the Parties") as defined in the Binding RSA Term Sheet ("Settlement Agreement"), will and hereby do move the Court for an Order (I) granting preliminary approval of Settlement, (II) certifying a class for purposes of settlement, (III) appointing the Class Representatives, (IV) appointing Class Counsel, (V) directing notice to the Class, and (VI) scheduling a fairness hearing.

    As discussed in the concurrently filed Memorandum and Points of Authorities and supporting exhibits, the Parties have reached a final resolution of the above-captioned action after intensive arm's length negotiations overseen by Bankruptcy Judge Roger L. Efremsky. The Parties thus respectfully request that the Court grant their motion for preliminary approval of the settlement and related relief.

Dated:  May 22, 2020     RAISNER ROUPINIAN LLP

By: /s/ *Gail C. Lin*
    Gail C. Lin
    Jack A. Raisner
    René S. Roupinian

*Attorneys for Plaintiffs*

FINESTONE HAYES LLP

By: /s/   Stephen D. Finestone
    Stephen D. Finestone

*Attorneys for Defendant*