UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA JAMES EATON PHILIPS, et al.,

Plaintiffs,

v.

MUNCHERY INC.,

Defendant.

Case No.  19-cv-00469-JSC

**JUDGMENT**

The Court having granted Plaintiffs' unopposed motion for final approval of the class action settlement  by Order filed February 1, 2021, enters judgment in accordance with the Order's terms.

**IT IS SO ORDERED.**

Dated: February 1, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge